UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RAMON TORRES**                                         **CIVIL ACTION NO.**

**VERSUS**                                                      **19-552-BAJ-EWD**

**BOBBY WEBRE, ET AL.**

---

## VIDEO SETTLEMENT CONFERENCE REPORT AND ORDER

A video settlement conference was held before Magistrate Judge Erin Wilder-Doomes on November 9, 2020, with the following participants:

**PRESENT:**

| | |
|---|---|
| **James R. Bullman**<br>Bruce W. Hamilton<br>Counsel for Plaintiff,<br>Ramon Torres | **James B. Mullaly**<br>Counsel for the defendants,<br>Bobby Webre, *et al.* |
| **Ramon Torres**<br>Plaintiff | **Tracy Ledoux**<br>Representative of the defendants,<br>Bobby Webre, *et al.* |

The parties were unable to reach an amicable resolution of the claims in this matter; however, Plaintiff's final settlement demand will remain open until November 16, 2020.

**IT IS ORDERED** that counsel for the defendants shall contact Plaintiff's counsel by no later than **5:00 p.m. CST on November 16, 2020** to advise of the defendants' response to Plaintiff's demand. If a settlement agreement is reached, the parties may contact the undersigned to recite the terms of the settlement on the record. Otherwise, the parties shall file the Joint Notice of Settlement required under Local Civil Rule 16(c) as soon as practicable, but by no later than **November 20, 2020**. All deadlines in the current scheduling order[1] remain in effect.

Signed in Baton Rouge, Louisiana, on November 9, 2020.

*Erin Wilder-Doomes* (signature)

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 46.

cv33a; T:2:00